AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

RECEIVED
FEB 13 2023
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

James Pierce )
_Petitioner_ )
)
v. ) Case No. 20CR237-01
) _(Supplied by Clerk of Court)_
Federal Bureau of Prisons )
RRM San Antonio, Texas )
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: James Joseph Pierce
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Austin Transitional Center
   (b) Address: 3154 E. Highway 71 Bldg. 2
              Del Valle, Texas 78617
   (c) Your identification number: 42726479
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court, District of Columbia
   (b) Docket number of criminal case: 20CR237-01
   (c) Date of sentencing: 11/18/2021
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): I am an Inmate I am Filing this pro-se motion moving this Honorable court to order the Bureau of Prisons to apply First Step ACT (FSA) Earned Time credit to my Federal prison sentence

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Bureau of Prisons
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): No application or correct calculation of First Step ACT credits toward my sentence calculation. N/A
   (d) Date of the decision or action: N/A

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Bureau of Prisons
      (2) Date of filing: 11/06/2022
      (3) Docket number, case number, or opinion number:
      (4) Result: Denied
      (5) Date of result: 11/12/2022
      (6) Issues raised: Calculation and application of First Step Act time credits, petitioner Requested to have 15 Days of Earned time credits for every 30 days of confinement. The B.O.P. failed to correctly calculate the F.S.A. credits toward the remainder of my sentence.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
       ☐ Yes      ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I am not challenging my conviction or sentence. I am seeking the proper calculation and application of the earned time credits under "First Step Act" (FSA) 18 U.S.C. §3632.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

       If "Yes," provide:
       (1) Date of filing:
       (2) Case number:
       (3) Result:
       (4) Date of result:
       (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes     ☒ No
    If "Yes," provide:
    (1) Name of court:
    (2) Date of filing:
    (3) Case number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner requests the proper calculation and application of his earned time credits under the First Step Act in accordance with 18 U.S.C. § 3632 (d)(4)(c) and 3624(g)

(a) Supporting facts (Be brief. Do not cite cases or law.):

The B.O.P. failed to apply 15 (fifteen) Days of Earned Time credits "ETC" for every (30) thirty days of confinement. Petitioner has been in the custody of the Bureau of Prisons since February 21, 2022 a total of 11 months while maintaining a minimum security level. Petitioner requests the corresponding Earned time credits of 165 days toward the remainder of his sentence.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** Petitioner requests earned time credits "ETC's" be given "calculated and applied" for the time in confinement in D.C. Jail under 18 U.S.C. 3632(d)(4)(c) and 18 U.S.C. 3624(g) petitioner was under Federal custody for the purpose of the First Step Act, petitioner was a "prisoner"

(a) Supporting facts (Be brief. Do not cite cases or law.):

While in D.C. Jail petitioner participated in productive activities and Evidence Based Recidivism Reduction (EBRR) programs. Anger Management, Employment and Correspondence courses obtaining a certificate for CompTIA cybersecurity. Petitioner was under D.C. Jail custody for 12 months, and requests the corresponding earned time credits of 180 days toward the remainder of his sentence.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Petitioner request court to reduce his sentence pursuant to 18 U.S.C. § 3553(a)(2)(A). Petitioner claims that the punishment received has been unjust. I have been subject to violence in D.C. Jail witnessing a total of 11 (eleven) stabbings and was subject to a constant lockdowns due to the same.

(a) Supporting facts (Be brief. Do not cite cases or law.):

During my incarceration in D.C. Jail there were a total of 11 (eleven) stabbings due to such stabbings the unit was placed in one lockdown after another in the total of 12 months I was only allow to see the sun and breath fresh air a total of 1 (one) time for one hour. While incarcerated in FCI Bastrop I endured several lockdowns as well. Moreover, I was not provided with proper healthcare. I self surrender 12 months after a spinal fusion, I requested a thicker mattress and Ibuprofen and was denied both. This subjected me to constant tremendous back pain

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner requests his term of Supervised release be reduced by the equal or as the court deems appropriate amount of time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was placed under home detention pre-trial for a total of 16 months, the restrictions of such home detention were overly restrictive, petitioner was not allowed to depart the home. After sentencing Petitioner again was released on Bond under highly restrictive conditions for a period of 12 months. Petitioner requests the court to consider the total of the time spent under home detention as credit towards his supervised release time.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes              ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Petitioner for the foregoing reasons moves this Honorable Court to Grant immediate Habeas Corpus relief under 28 U.S.C. §2241, forcing the Bureau of Prisons to apply all earned Time Credit to the Sentence Computation and grant immediate release if all grounds on the ETC's are applied.

Page 8 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/06/2023

*[signature]*,

Signature of Petitioner

Signature of Attorney or other authorized person, if any