UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES PIERCE, § | |
|       Petitioner, § | |
| V. § | A-23-CV-175-DII |
| § | |
| FEDERAL BUREAU OF PRISONS, § | |
|       Respondent. § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner James Pierce's petition for writ of habeas corpus. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner James Pierce's petition for writ of habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on August 2, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE